NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1425


VERNON C. SHIELDS
VERSUS
KORY LEGER


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. 2005-362
HONORABLE JOEL G. DAVIS, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

**APPEAL DISMISSED.  APPEAL CONVERTED INTO
APPLICATION FOR SUPERVISORY WRIT.**

Kory Leger
Allen Correctional Center
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648
(000) 000-0000
Pro se Defendant/Appellee:
        Kory Leger

Vernon C. Shields
In Proper Person
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648
(000) 000-0000
Pro se Plaintiff/Appellant:
        Vernon C. Shields